**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                                                            CASE NO.: 23-10654
                                                                                                          CHAPTER 7
**Salvatore A Mattina, Jr.,**
   **Debtor.**
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2021-RPL9 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Sindi Mncina
    Sindi Mncina
    Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SALVATORE A MATTINA, JR.
23 EDGEWATER DRIVE
TUCKERTON, NJ 08087

And via electronic mail to:

RICHARD KITRICK
THE LAW OFFICE OF RICHARD KITRICK
830A RADIO ROAD
LITTLE EGG HARBOR, NJ 08087

JOHN MICHAEL MCDONNELL
JOHN MICHAEL MCDONNELL, CH. 7 TRUSTEE
115 MAPLE AVENUE
RED BANK, NJ 07701

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr