UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Salvatore A Mattina, Jr.

Case No.: 23-10654
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __March 28, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

23 Edgewoater Drive  (1/2 owner)
Tuckerton, NJ 08087

FMV=$254,000

Liens on property:

Lien=$244,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $55,800

Objections must be served on, and requests for additional information directed to:

Name:     John Michael McDonnell, Trustee
Address:  115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 23-10654-CMG

Salvatore A Mattina, Jr.                                                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                         Page 1 of 2
Date Rcvd: Feb 27, 2023                       Form ID: pdf905                                 Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore A Mattina, Jr., 23 Edgewater Drive, Tuckerton, NJ 08087-2807 |
| cr | | AmeriSave Mortgage Corporation, c/o AmeriSave Mortgage Corporation, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 519821679 | + | Amerisave Mortgage Company, 1 Corporate DriveSuite 360, Lake Zurich, IL 60047-8945 |
| 519821680 | + | Avant LLC WEB Bank, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 519821682 | + | Capital One, 7933 Preston Road, Plano, TX 75024-2359 |
| 519821686 | + | FMAAlliance, 12339Cutten Road, Houston, TX 77066-1807 |
| 519821687 | + | Jamie Mattina, 23 Edgewater, Tuckerton, NJ 08087-2807 |
| 519821689 | + | Mariner Finance, c/o Randolph Walzer & Associates, 2042 W County Line Road, Jackson, NJ 08527-2010 |
| 519821693 | + | Samantha Mattina, 507 May Pink Court, Tuckerton, NJ 08087-3107 |
| 519821696 | + | UPROVA, 635 East Highway 20, Upper Lake, CA 95485-8793 |
| 519821697 | + | Upstart Netwook, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 27 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 27 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519821681 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2023 20:45:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 519821683 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 20:44:44 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519826740 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2023 20:44:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519843622 | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2023 20:55:09 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519821685 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 27 2023 20:44:29 | First Premier Bank, Po Box 5529, Sioux Falls, SD 57117-5529 |
| 519821688 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2023 20:45:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519821690 | + | Email/Text: netcreditbnc@enova.com | Feb 27 2023 20:46:25 | NET Credit, 200 w Jackson blvd suite2400, Chicago, IL 60606-6941 |
| 519821691 | + | Email/PDF: cbp@onemainfinancial.com | Feb 27 2023 20:44:29 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519821692 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 27 2023 20:44:54 | Premier Bankcard, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 519821695 | | Email/Text: clientservices@sourcerm.com | Feb 27 2023 20:46:00 | Source Receivables Management, 4615 S Dundas Dr Suite 102, Greensboro, NC 27407 |

| | | | | |
|---|---|---|---|---|
| 519821694 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 27 2023 20:46:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519821684 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2023 20:44:36 | credit one Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Richard Kitrick | on behalf of Debtor Salvatore A Mattina Jr. rmk315@aol.com, richardkitrick@aol.com |
| Robert P. Saltzman | on behalf of Creditor AmeriSave Mortgage Corporation dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor CSMC 2021-RPL9 Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7