Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23–10654–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore A Mattina Jr.
   23 Edgewater Drive
   Tuckerton, NJ 08087

Social Security No.:
   xxx–xx–9357

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

   I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

507 Max Pink Court, Tuckerton, NJ 08087

Dated: March 22, 2023
JAN: mmf

                                             Jeanne Naughton
                                             Clerk